THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiff CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>VALS REDWOOD ROOM, INC., a California Corporation; JEFFREY J. TAYLOR; and GREGORY D. TAYLOR,<br>    Defendants. | CASE NO. CV-11-3760-DMR<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION |

   Plaintiff CRAIG YATES, an individual and Defendants VALS REDWOOD ROOM, INC., a California Corporation; JEFFREY J. TAYLOR; and GREGORY D. TAYLOR, by and through the parties respective counsel in the above-mentioned case respectfully request and hereby make the following stipulation:

   1.   **WHEREAS**, plaintiff CRAIG YATES attempted and requested the General Order 56 joint site inspection as ordered by the court to be conducted on November 7, 2011; and

   2.   **WHEREAS**, due to scheduling conflicts, the parties were unable to conduct the joint site inspection; and

///

///

STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION       1

3. **WHEREAS**, due to the holidays and vacations the parties, hereto agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including January 19, 2012.

**IT IS STIPULATED.**

Dated: November 4, 2011

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff CRAIG YATES

Dated: November 4, 2011

DEBRA BOGAARD,
BOGAARDS DAVIS LLP

By: /s/ Debra Bogaard
Debra Bogaard
Attorneys for Defendants VALS REDWOOD ROOM, INC., a California Corporation; JEFFREY J. TAYLOR; and GREGORY D. TAYLOR

**ORDER**

**IT IS SO ORDERED** that the last day for the parties and counsel to conduct the General Order (56) joint inspection of the premises be continued up to and including January 19, 2012.

Dated: November 8, 2011

Honorable Judge Donna M. Ryu
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION    2