United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | No. C-11-03760 DMR |
| Plaintiff, | **ORDER TO SUBMIT STATUS REPORT** |
| v. | |
| VALS REDWOOD ROOM INC., et al., | |
| Defendants. / | |

On November 8, 2011, the court extended the deadline for the parties to conduct a joint site inspection of the premises to January 19, 2012. [Docket No. 10.] The court ORDERS that the parties submit a status report, including any recommended case management plan, no later than February 2, 2012.

IT IS SO ORDERED.

Dated: January 25, 2012

DONNA M. RYU
United States Magistrate Judge