UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,                                                    No. C-11-03760 DMR

       Plaintiff,                                          **ORDER TO SUBMIT STATUS REPORT**

    v.

VALS REDWOOD ROOM INC., et al.,

       Defendants.
_____/

On November 8, 2011, the court extended the deadline for the parties to conduct a joint site inspection of the premises to January 19, 2012. [Docket No. 10.] The court ORDERS that the parties submit a status report, including any recommended case management plan, no later than February 2, 2012.

IT IS SO ORDERED.

Dated: January 25, 2012

_____
DONNA M. RYU
United States Magistrate Judge